Thank you for your time. My name is Nina Tevdorashvili. I'm a little nervous and I'm going to start reading the bullet points that I don't want to run out of my time. I'm not a lawyer, I'm asking for fairness and the opportunity to have my case heard. On July 7, 2023, I was traveling with my husband and two minor kids. My family has been flying with this airline over ten years without any prior issues. We knew the rules, we followed them, and we trusted the airline. What happened in the airport? On the day of the travel, we arrived at the airport. As I approached the check-in area, before I even placed my handbags down, and while I was turning to ensure my kids were following, a customer service employee told me that, don't put my bags down on the floor, otherwise he would call the police on me. This was unexpected because at the point, there had been no disturbance, no argument, and no inappropriate conduct. Ma'am, ma'am, if I may interrupt you. Yes. The merits of what was done to you are not before us. They may be very serious, but the question is, did you make or can you make appropriate service on the defendant? If you cannot, which the district court said you didn't and couldn't, then we can't do anything about it. We are limited. Okay, I'm not a lawyer, I don't know the rules. When I went to the court, they told me I need to have an address in order for them to file. If I don't have an address, they're not going to help me. They're not going to file my case. They did not instruct me what to do. So I had no choice. I searched the address on the internet. The address showed the Empire State Building. I did not know anything about the FCAI rules. I learned the federal rules after. But that's how you empower them to abuse citizens of this country because they have power. I saw somebody also was violently, with a 76-year-old father, kicked out. I had video recordings because this ally empowered them. They think they cannot sue. You cannot sue them. You're not going to end date. Empowered selling your tickets, making money, and we don't have a voice. I had underage kids crying two times. Two times they called police on me. They reassured in front of the police, go home, get new tickets. We're going to give you new tickets. They did not give me anything. I filed 100 tickets. They did not. I bought my own tickets again. I went next day. They told me in front of the police, go. Why are you worried? Go. Eight luggages, they checked in. We had everything ready. And they dropped me, blocked me with no explanation. I came out. Next day I went. They told me they should not lie to me. Okay. I could have gone with different airline. They did not refund the first ticket. They did not refund the second ticket. I went home. They gave me my own money, spending 18,000 again, and went there. And why am I lying with my kids? They blocked me again. They approached me with police. They're also abusing police power. And they told me with no explanation that I was blocked. And if I did not find FCIA rules, because when I went to the court, they did not instruct me. They told me in order to proceed, they did claim I need to have address. So I find this Empire State Building address, and I filed in that address. I did not know the lawyer. This information is not accessible. It's private information. How do you know Qatar Airlines lawyer to file to the lawyers? And the court did not help me. So I went. I don't want to spend money because I want to have interest. Three times, my husband, then we were crying. Next day, my kids were crying hysterically. They're afraid now, emotionally impaired. They're afraid of flying. And no explanation. Where is the power? Where is the power? I have video recordings that they blocked 76-year-old father and son. They were standing 40 minutes, and they said to wait. And after they waited 40 minutes, they said, oh, your time has expired. You should go home. And they give you this piece of paper, this piece of paper, that is none of the numbers is working. Go and file the none of the numbers is working. Tickets, 100 million tickets I filed. Notify nothing. Where is the justice? That's why they get away with their behavior, and they abuse our power as a customer. Where is my right as a citizen? You could reverse and refile my file. You could reverse and correct and refile and give me opportunity to speak and raise my voice. It's okay. It's international airline, but they need to be punished. Otherwise, they are abusing power. And because it's monopoly, because after the war of crime, that's the only ways you can fly. Turkish Airlines, Emirates, only Muslim country you can fly. No Russian, no Ukraine, no Polish airline, no nothing. There's no existence. So they took monopoly and abusing me. They were pretty nice tenures, believe me. They were nice greeting us. I'm putting my handbags, and they threatened me calling police. I don't have a right to put, I have to have on my shoulders the handbags? I don't have right? Because they, they, the airline empowers their customers to abuse because they make money. They sold my Doha ticket. They sold four tickets. I had a feeling, strong feeling, that they, they sold my tickets. That's why they were so unhappy to see me. You know? And second ticket, they, I, I dispute my charges with American Express. And guess what? They said, I did not even showed up. I did not even showed up. They don't want to even give me dispute claims because there was penalty, not showing up. They did not even want to give me second ticket. I, I, okay, first ticket, second ticket. And then my, I pay interest rate, and all my summer savings, three years I pay interest rate for this financial loss. Your time has expired. We have your argument. We have your papers, and we'll take the case under. I want a universe, and I have opportunity to file again. I, I deserve that. I deserve my voice be heard. Thank you. Okay? I deserve it. This is country. You have to take my rights. Okay? The international country. That's why they abuse customers. I'm not the only one to be abused because they know nobody can sue them. I took a debt in Second Circuit, and I'm here. I'm not going to stop. Thank you so much for listening. Thank you. That concludes our argument.